# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Yana Paskova,<br><br>    Plaintiff,<br><br>  v.<br><br>Korangy Publishing Inc.,<br><br>    Defendant. | Case No: 1:23-cv-08595-NRB |

## STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that, whereas no party in this action is an infant or incompetent, the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: May 28, 2024

**MILLER KORZENIK SOMMERS RAYMAN LLP**

By: _____
David S. Korzenik, Esq.
1501 Broadway, Suite 2015
New York, NY 10036
Tel: (212) 752-9200
Email: dkorzenik@mkslex.com
*Attorneys for Defendant*

**SANDERS LAW GROUP**

By: _____
Jaymie Sabilia-Heffert, Esq.
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: jheffert@sanderslaw.group
    csanders@sanferslaw.group
File No.: 126413
*Attorneys for Plaintiff*